```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )   No. CR-12-016-WFN-7
                 Plaintiff,     )
                                )   ORDER GRANTING MOTION TO
v.                              )   MODIFY CONDITIONS OF RELEASE
                                )
TYLER S. McKINLEY,              )
                                )
                 Defendant.     )
                                )
```

Before the court is Defendant's Motion to allow travel outside the District on or about April 20, 2012, for a period of up to four days. The Motion was decided without oral argument based upon written submission of counsel for Defendant and the United States.

The court finds that Defendant has been in compliance with conditions of release.

**IT IS ORDERED** Defendant's Motion **(ECF No. 151)** is **GRANTED.** Defendant shall be permitted to travel to Netarts Bay, Oregon, on or about **April 20, 2012,** for a period of up to four days, with either his mother or father for the purpose of attending to family matters. Defendant shall not remain outside the District for more than four days and shall abide by all conditions of release while outside the District. Defendant shall inform Pretrial Services of the date of his departure from the District and shall report to Pretrial Services and his counsel upon returning to the District.

DATED April 16, 2012.


                            S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1