UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TYLER S. McKINLEY,<br><br>　　　　　Defendant. | No. CR-12-016-WFN-7<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION |

Date of Motion to modify hearing: **June 25, 2012.**

**IT IS ORDERED** Defendant's Motion to modify (**ECF No. 229)** is **GRANTED** in part with regard to travel. Defendant may travel outside Washington for employment purposes and with his family, provided, however, the requests are to be made through Pretrial Services. Pretrial Services is given the discretion to give travel permission without the necessity of Defendant filing a motion.

The request to stop random UAs, to use alcohol, and to possess firearms is **taken under advisement** pending review of a copy of Defendant's assessment.

DATED June 25, 2012.

　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S
MOTION FOR RECONSIDERATION OF DETENTION -  1