UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>TYLER S. McKINLEY,<br><br>            Defendant. | No. CR-12-016-WFN-7<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF CONDITIONS OF RELEASE |

**IT IS ORDERED** Defendant's request to stop random UAs, to use alcohol, and to possess firearms **(ECF No. 229)** is **DENIED.**

DATED June 29, 2012.

                        S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF CONDITIONS OF RELEASE - 1