```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )   No. CR-12-016-WFN-7
                Plaintiff,      )
                                )   ORDER DENYING DEFENDANT'S
v.                              )   MOTION TO MODIFY RELEASE
                                )   CONDITIONS
TYLER SCOTT McKINLEY,           )
                                )   ☑   MOTION DENIED
                Defendant.      )       without prejudice
                                )       (ECF NO. 268)
```

Date of bail review hearing: **December 11, 2012.**

Currently, Defendant is subject to one random urinalysis test monthly, and he may not use alcohol or possess firearms. He also seeks permission from Pretrial Services if it is necessary for him to be away from the District. Defendant wishes to remove these restrictions.

**IT IS ORDERED** Defendant's Motion to modify, ECF No. 268, is **DENIED** without prejudice to revisit in three months.

DATED December 12, 2012.

                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS - 1