UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

TYLER SCOTT McKINLEY,

    Defendant.

No. 2:12-CR-0016-WFN-7

ORDER DENYING MOTION FOR RECONSIDERATION

Pending before the Court is Defendant's Motion for Reconsideration. ECF No. 816. Defendant asks that the Court to reverse its decision regarding Defendant McKinley's strict compliance with Washington State's medical marijuana laws.

> Motions for reconsideration are disfavored . . . . The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

LCrR 12(c)(5). Defendant argues that the conclusion in the Court's prior Order represents manifest error because the Court considered conduct outside the conspiracy to manufacture marijuana when determining Defendant's compliance with state law. However, Defendant's claim of manifest error rests on half-truths. Defendant omits the fact that he was charged with maintaining a place at 11911 N. Judkins for the purpose of manufacturing marijuana in addition to the conspiracy. He acknowledged that he suspected that the grow was illegal at some point, but he remained on the lease and power bill. He certainly should have known the grow was illegal when he purchased small amounts of marijuana from a co-Defendant as that violated state law. He appears to argue that his failure to remove himself from the lease was somehow out of his hands so he should not be held responsible for the known illegal grow at the residence he was renting.

ORDER - 1

The Ninth Circuit charged this Court with determining each Defendant's compliance with state law. Since Defendant McKinley provided the location and power for the entire grow, he must show that the entire grow complied with state law. However, he acknowledges that it did not. Defendant has not demonstrated manifest error. The Court has reviewed the file and Defendant's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Reconsideration, filed September 29, 2017, **ECF No. 816**, is **DENIED**.

2. All time from the filing of Defendant's Motion for Reconsideration on September 29, 2017, to the date of this Order, October 11, 2017, is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(D).

3. The October 31, 2017 final pretrial conference and motion hearing is **STRICKEN and RESET for November 6, 2017, at 8:30 a.m., in Spokane**, Washington.

4. The jury trial set for **November 6, 2017, at 10:00 a.m., in Spokane**, Washington is **CONFIRMED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 11th day of October, 2017.

10-11-17

                                       s/ Wm. Fremming Nielsen
                                          WM. FREMMING NIELSEN
                         SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2